## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEACUBE CONTAINERS, LLC<br><br>and<br><br>TEXTAINER EQUIPMENT<br>MANAGEMENT (U.S.) LIMITED,<br><br>      Plaintiffs,<br><br>v.<br><br>RFCU2247335, *et al.*,<br><br>      Defendants. | Civil Action No. |

## ORDER DIRECTING ISSUANCE
## OF WARRANT OF ARREST

Upon consideration of the Verified Complaint for issue of a warrant of arrest filed herein, the motion for arrest and supporting papers, and the entire record herein, this Court hereby finds the conditions for an action, *in rem*, under Rule D of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture, appear to exist, and good cause for granting Plaintiffs' requested relief exists, it is, therefore:

**ORDERED** that the Clerk issue a Warrant of Arrest for the ocean-going intermodal marine containers listed in Exbhits A and B to Plaintiffs' Verified Complaint; and it is further

**ORDERED** that the Warrant of Arrest shall apply to each listed ocean-going intermodal marine container located within the jurisdictional reach of this District; and it is further

**ORDERED** that the Marshal shall arrest each listed ocean-going intermodal marine container and take the same into its custody; and it is further

**ORDERED** that this Order for Arrest is continuing in nature, and shall remain in effect until such time as all ocean-going intermodal marine containers identified in Plaintiffs' Verified Complaint have been arrested by Plaintiffs; and it is further

**ORDERED** that any person claiming an interest in the property arrested, attached or garnished pursuant hereto may, on a showing of any improper practice or a manifest want of equity on the part of Plaintiffs, be entitled to an order requiring plaintiffs to show cause forthwith why the arrest should not be vacated or other relief granted; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Warrant of Arrest.

Dated this 8th day of September, 2017.

/s/ Leo T. Sorokin
United States District Judge

